IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 FEB -7  P 2: 35

CLERK _____
SO. DIST. OF GA.

GREGORY GILLILAN,   )
                    )
    Plaintiff,      )
                    )
v.                  )   CV 106-126
                    )
JENNIFER YOUNG, REMONA )
JENKINS, and FNU ISHIMAL, Prison )
Guard,              )
                    )
    Defendants.     )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's amended complaint is **DISMISSED**, and this civil action shall be **CLOSED**.[2]

SO ORDERED this 7th day of February, 2007, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed a "motion for admissions" (doc. no. 22), which the Court construes as Plaintiff's objections to the Magistrate Judge's Report and Recommendation.

[2] The Court recognizes that the Supreme Court recently held that under the Prison Litigation Reform Act, exhaustion of administrative remedies is an affirmative defense. Jones v. Bock, __ S. Ct. __, Case No. 05-7058, slip op. at 15 (Jan. 22, 2007). However, if the allegations in the complaint, taken as true, demonstrate that a prisoner's claims are barred by an affirmative defense, the complaint is subject to dismissal for failure to state a claim upon which relief can be granted. Id. at 14; see also Clark v. Georgia Bd. of Pardons and Paroles, 915 F.2d 636, 640-41 (11th Cir. 1990) (explaining that district court may dismiss prisoner's complaint "if [it] sees that an affirmative defense would defeat the action," including the prisoner's failure to exhaust "alternative remedies"). Therefore, because it is clear from the face of Plaintiff's complaint that Plaintiff failed to exhaust his administrative remedies as to his retaliation claim against Defendant FNU Ishimal, Plaintiff's claim is properly dismissed.